# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-20-00443-CV

**In re Eric Leonard Tucker**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

Melissa Goodwin, Justice

Before Justices Goodwin, Triana, and Smith

Filed: October 21, 2020